UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARIA NAVARRO MARTIN,

    Petitioner,

v.                                                          Case No: 6:24-cv-1056-JSS-RMN

WARDEN, ORANGE COUNTY
CORRECTIONS DEPARTMENT,

    Respondent.
_____/

## ORDER

In August 2024, Petitioner, proceeding pro se, filed an application for a temporary stay of removal pending the resolution of this action. (Dkt. 11.) However, this action was dismissed in July 2024 "due to Petitioner's lack of prosecution in this matter and the consequent lack of an operative pleading," (Dkt. 5 at 2), this case was closed, (*id.*), and Petitioner's motion for relief from final judgment (Dkt. 9) was denied, (Dkt. 10 at 3). Accordingly, Petitioner's application (Dkt. 11) is **DENIED**. *See Neville v. McCaghren*, No. CV 617-075, 2019 U.S. Dist. LEXIS 1119 (S.D. Ga. Jan. 3, 2019) (denying various motions filed by a pro se plaintiff after the dismissal of the plaintiff's claims and the closing of the case).

**ORDERED** in Orlando, Florida, on September 12, 2024.

                                                    JULIE S. SNEED
                                                    UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party